IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD R. HULL, | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) Civil Action No. 09-610 |
| | ) Judge Nora Barry Fischer/ |
| CAPT. LEGGET; CAPT. TREMPUS; | ) Chief U.S. Magistrate Judge Amy Reynolds Hay |
| SCI-FAYETTE'S SECURITY TEAMS; | ) |
| SUPERINTENDENT COLEMAN; | ) |
| NICHOSON, Deputy Superintendent, | ) |
| Defendants | ) |

## ORDER

AND NOW, this 26th day of October, 2009, after the Plaintiff, Donald R. Hull, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties until October 9, 2009, to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the above-captioned case is dismissed for failure to prosecute.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the plaintiff desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

*Nora Barry Fischer*
NORA BARRY FISCHER
United States District Judge

cc: Honorable Amy Reynolds Hay
Chief United States Magistrate Judge

Donald R. Hull
CF-1994
SCI Fayette
Box 9999
LaBelle, PA 15450-0999